1
2
3
4
5
6
7

SEND

FILED
CLERK, U.S. DISTRICT COURT
OCT -3 2013
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

8  UNITED STATES DISTRICT COURT
9  CENTRAL DISTRICT OF CALIFORNIA

10
11  UNITED STATES OF AMERICA,        )  Case No.: 5:13-mj-501
12           Plaintiff,               )  ORDER OF DETENTION PENDING
                                      )  FURTHER REVOCATION
13       v.                           )  PROCEEDINGS
                                      )  (FED. R. CRIM. P. 32.1(a)(6); 18
14  Martin Talabera-Moren,            )  U.S.C. § 3143(a)(1))
                                      )
15           Defendant.               )
    _____

16       The defendant having been arrested in this District pursuant to a warrant
17  issued by the United States District Court for the _____District_____ District of
18  New Mexico for alleged violation(s) of the terms and conditions of probation
19  or supervised release; and
20       Having conducted a detention hearing pursuant to Federal Rule of Criminal
21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:
22  A. (X)   The defendant has not met his/her burden of establishing by clear and
23           convincing evidence that he/she is not likely to flee if released under 18
24           U.S.C. § 3142(b) or (c). This finding is based on the following:
25           (X)  information in the Pretrial Services Report and Recommendation
26           (X)  information in the violation petition and report(s)
27           (X)  the defendant's nonobjection to detention at this time
28           ( )  other: _____

1

1         and/ or

2 B. (X)    The defendant has not met his/her burden of establishing by clear and

3         convincing evidence that he/she is not likely to pose a danger to the

4         safety of any other person or the community if released under 18 U.S.C.

5         § 3142(b) or (c).  This finding is based on the following:

6         (X)    information in the Pretrial Services Report and Recommendation

7         (X)    information in the violation petition and report(s)

8         (X)    the defendant's nonobjection to detention at this time

9         ( )    other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further

12 revocation proceedings.

14 Dated: October 3, 2013                 _____

15                                            SHERI PYM
                                       United States Magistrate Judge